ELMER E. SMATHERS, Appellant, *v.* STANDARD OIL COM-
PANY OF NEW YORK, Respondent.

*Landlord and tenant — lease — construction of provision of lease for pay-
ment of rent — when rent not payable in advance.*

Smathers v. Standard Oil Co. of N. Y., 199 App. Div. 368, affirmed.
(Argued April 18, 1922; decided May 2, 1922.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered January 17, 1922, which reversed an order
of Special Term granting a motion, by plaintiff, for
judgment on the pleadings, and denied said motion. The
action was to recover rent. The lease was for a term
commencing March first, and provided that the rent
should be payable in equal quarterly payments on the
first day of the months of April, July, October and
January in every year during the term, the first
payment to be made upon the execution and delivery
of the lease, of an amount proportionate to the time
during which the tenant occupied the premises and
received the rents up to the first of April in the year 1920,
and the receipt of said rentals up to said first day of
April, 1920, was acknowledged. After alleging that
defendant entered into the possession of the premises
under the terms of the lease and paid the rent up to the
1st of April, 1920, it is averred that on the 1st day
of April, 1920, the plaintiff duly demanded of the defend-
ant payment of the quarterly payment due on that date.
The defendant's answer substantially admitted the alle-
gations of the complaint excepting the right of the plaintiff
to demand payment of a quarterly rent on the 1st day
of April, 1920, and affirmatively alleged that the rent
was not due for the quarter commencing April 1, 1920,
but would become due upon the expiration of that quarter.
The following question was certified: " Is the plaintiff
in this case entitled to judgment on the pleadings? "

*Caruthers Ewing* for appellant.

*John Woodward, Peter M. Speer, Percy J. King* and
*Martin Carey* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.